**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re:   REY MIGUEL GONZALEZ | § | Case No. 2:24-bk-01507-FMD |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/01/2024. The undersigned trustee was appointed on 10/01/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     3,069.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 15.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 511.50 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 2,542.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/10/2025 and the deadline for filing governmental claims was 03/30/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $639.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $639.38, for a total compensation of $639.38.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $27.25, for total expenses of $27.25.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/18/2025                     By:  /s/ Robert E. Tardif Jr.
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit A

Page: 1

| Case Number: | 24-01507 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | REY MIGUEL GONZALEZ | Filed (f) or Converted (c): | 10/01/24 (f) |
| | | §341(a) Meeting Date: | 10/29/24 |
| Period Ending: | 09/18/25 | Claims Bar Date: | 02/10/25 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SINGLE FAMILY HOME 2428 NUREMBERG BLVD PUNTA GORDA FL 33983-0000 CHARLOTTE County | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | NISSAN KICK 2020 58000 MILES | 12,698.00 | 0.00 | | 0.00 | FA |
| 3 | SEE ATTACHED INVENTORY OF DEBTOR PERSONAL BELONGINGS | 500.00 | 500.00 | | 0.00 | FA |
| 4 | USED CANIK TP9 (PAWNSHOP OFFER $175) USED TOKAREV BULLPUMP (PAWNSHOP OFFER $80.00) | 255.00 | 255.00 | | 0.00 | FA |
| 5 | USED CLOTHING, NO VALUE OTHER THEN TO DEBTOR | 0.00 | 0.00 | | 0.00 | FA |
| 6 | CHECKING ACCOUNT; BANK OF AMERICA ACCOUNT # 9690 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | SAVINGS ACCOUNT; BANK OF AMERICA ACCOUNT #1790 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT; SUNCOST CREDIT UNION CHECKING AND SAVINGS ACCOUNT ACCOUNT FROZEN BY CREDITOR | Unknown | 0.00 | | 0.00 | FA |
| 9 | 401(K) EMPOWER RETIREMENT ACCOUNT #5401 | 1,768.45 | 0.00 | | 0.00 | FA |
| 10 | TERM LIFE INSURANCE THRU EMPLOYER | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2024 TAX REFUND (10/12THS) (u) | 0.00 | 2,557.50 | | 3,069.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$390,221.45** | **$3,312.50** | | **$3,069.00** | **$0.00** |

**Major activities affecting case closing:**

<8/13/2025, 9:25:20 PM - RET2-344>Received estate's portion of tax refund. Overage on personal property is very low so Trustee is moving to close the case.

<5/12/2025, 9:24:16 AM - RET2-344>Follow up email for tax return.

<4/30/2025, 10:37:30 AM - RET2-344>Emailed for copy of 2024 TR.

<4/9/2025, 8:45:27 AM - GAH-345>  Follow-up e-mail sent to atty for copy of 2024 tax return.

<2/19/2025, 9:52:18 AM - GAH-345>  E-,mail sent to atty for copy of tax return when filed.

<2/17/2025, 1:20:56 PM - BLK-342> Claims review is complete, however this case is not yet ready for closing.

<11/11/2024, 1:58:11 PM - GAH-345>  E-mail sent to debtor requesting he send us a copy of his 2024 tax return when it is filed next year.

**FORM 1** Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES** Page: 2

<11/4/2024, 1:49:41 PM - RET2-344>Submitted tax refund seizure form.

**Initial Projected Date of Final Report (TFR):** October 01, 2026          **Current Projected Date of Final Report (TFR):** October 01, 2026

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| **Case Number:** | 24-01507 CED | **Trustee:** | Robert E. Tardif Jr. |
|---|---|---|---|
| **Case Name:** | REY MIGUEL GONZALEZ | **Bank Name:** | Webster Bank, NA |
| | | **Account:** | ******0070 - Checking |
| **Taxpayer ID#:** | **-***8677 | **Blanket Bond:** | $25,034,000.00 (per case limit) |
| **Period Ending:** | 09/18/25 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/19/25 | | United States Treasury | | | 3,069.00 | | 3,069.00 |
| 05/19/25 | Asset #11 | United States Treasury | Non-estate portion of TR         511.50 | 1224-000 | | | 3,069.00 |
| 05/19/25 | Asset #11 | United States Treasury | Estate's portion of TR         2,557.50 | 1224-000 | | | 3,069.00 |
| 06/04/25 | 1001 | Rey Miguel Gonzalez | Refund of overpayment on tax refund (non-estate funds) to Debtor.; Voided on 08/06/2025 | 8500-002 | | 511.50 | 2,557.50 |
| 06/23/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | 33.21 | 2,524.29 |
| 06/30/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,519.29 |
| 07/03/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | -33.21 | 2,552.50 |
| 07/31/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,547.50 |
| 08/06/25 | 1001 | Rey Miguel Gonzalez | Refund of overpayment on tax refund (non-estate funds) to Debtor.; Voided: Check issued on 06/04/2025 | 8500-002 | | -511.50 | 3,059.00 |
| 08/06/25 | 1002 | Rey Miguel Gonzalez | Refund of overpayment on tax refund (non-estate funds) to Debtor. | 8500-002 | | 511.50 | 2,547.50 |
| 08/29/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,542.50 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 3,069.00 | 526.50 | $2,542.50 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 3,069.00 | 526.50 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$3,069.00** | **$526.50** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

|  |  |
|---|---:|
| Net Receipts: | $3,069.00 |
| Less Other Noncompensable Items: | 511.50 |
| Net Estate: | $2,557.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******0070** | **3,069.00** | **526.50** | **2,542.50** |
|  | **$3,069.00** | **$526.50** | **$2,542.50** |

# Exhibit C
# Claims Register
### Case: 24-01507-CED    REY MIGUEL GONZALEZ

Total Proposed Payment: $2,542.50                                                                 Claims Bar Date: 02/10/25

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Robert E. Tardif Jr.<br>4085 Hancock Bridge Parkway, Suite 112<br>Box 319<br>North Fort Myers, FL 33903<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>05/19/25 | | $639.38<br>$639.38 | $0.00<br>$639.38 | $639.38 |
| | Robert E. Tardif Jr.<br>4085 Hancock Bridge Parkway, Suite 112<br>Box 319<br>North Fort Myers, FL 33903<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>09/18/25 | | $27.25<br>$27.25 | $0.00<br>$27.25 | $27.25 |
| 1-1 | Suncoast Credit Union<br>P.O. Box 11904<br>Tampa, FL 33680<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>01/27/25 | 8058 | $19,111.14<br>$19,111.14 | $0.00<br>$1,875.87 | $19,111.14 |
| | | | **Case Total:** | **$19,777.77** | **$0.00** | **$19,777.77** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-01507-CED
Case Name: REY MIGUEL GONZALEZ
Trustee Name: Robert E. Tardif Jr.

| | **Balance on hand:** | $ 2,542.50 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

| | | |
|---|---|---|
| | Total to be paid to secured creditors: | $ 0.00 |
| | Remaining balance: | $ 2,542.50 |

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert E. Tardif Jr. | 639.38 | 0.00 | 639.38 |
| Trustee, Expenses - Robert E. Tardif Jr. | 27.25 | 0.00 | 27.25 |

| | | |
|---|---|---|
| | Total to be paid for chapter 7 administration expenses: | $ 666.63 |
| | Remaining balance: | $ 1,875.87 |

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | **NONE** | | |

| | | |
|---|---|---|
| | Total to be paid for prior chapter administration expenses: | $ 0.00 |
| | Remaining balance: | $ 1,875.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 1,875.87 |

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,111.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.816 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Suncoast Credit Union | 19,111.14 | 0.00 | 1,875.87 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,875.87 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**